440 A.2d 1259

Commonwealth v. Rodriquez, Appellant.

Submitted December 5, 1980.   Charles B. Coleman, Assistant Public Defender, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

440 A.2d 1259

Commonwealth v. Rodriquez, Appellant.

Submitted December 5, 1980.   Charles B. Coleman, Assistant Public Defender, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of W. Richard Eshelman, P. J. We adopt this opinion only as it relates to the issues raised in this appeal; those issues not raised having been waived.

CAVANAUGH, J., filed a memorandum concurring statement.